**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    Catherine Murrah Molloy v. Kevin Alan Fletcher

Appellate case number:   01-19-00840-CV

Trial court case number:  2018-67151

Trial court:               257th District Court of Harris County

On June 23, 2020, this Court abated the appeal and remanded to the trial court for an evidentiary hearing concerning the issues raised in appellee's motion to show authority. This Court ordered the trial court to file a supplemental clerk's record containing the trial court's findings and conclusions, but the June 23 order did not require the filing of a reporter's record of the evidentiary hearing.

Appellee has filed a motion to adopt the trial court's findings and conclusions and the Court requires the reporter's record of the evidentiary hearings to consider this request.

Accordingly, the Court orders the filing of the reporter's record of the evidentiary hearings held on July 14, 2020, August 5, 2020, August 7, 2020, August 20, 2020, and August 21, 2020. These reporter's records are to be filed **within 30 days of the date of this order**.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                ☑ Acting individually   ☐ Acting for the Court

Date: ___October 6, 2020___